IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MILTON VERAN WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case Number CIV-05-777-C |
| ) | |
| STATE OF OKLAHOMA DISTRICT ) | |
| NINE DRUG TASK FORCE, et al., ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

This 42 U.S.C. § 1983, civil rights action brought by a prisoner, proceeding pro se, was referred to United States Magistrate Judge Bana Roberts, consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). Judge Roberts entered a Report and Recommendation on September 7, 2005, denying Plaintiff's request for a Temporary Restraining Order. Plaintiff timely objected, and the Court considers the matter de novo.

The facts and law at issue in Plaintiff's request are accurately set out in the Magistrate Judge's Report and Recommendation and there is no purpose to be served in repeating them yet again. In his objection, Plaintiff raises no issue not fully and accurately addressed and rejected by the Magistrate Judge.

Accordingly, the Court adopts, in its entirety, the Report and Recommendation of the Magistrate Judge, DENIES Plaintiff's Objection (Dkt. No. 20) and for the reasons announced therein, denies Plaintiff's request for injunctive relief.

IT IS SO ORDERED this 22nd day of September, 2005.

ROBIN J. CAUTHRON
United States District Judge