IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MILTON VERAN WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case Number CIV-05-777-C |
| ) | |
| DISTRICT NINE DRUG TASK ) | |
| FORCE, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is "Plaintiff's Objection 'In Part' to Magistrate Judge's Report and Recommendation at (Dkt. No. 81) (Feb. 28, 2006) for Abuse of Discretion." Therein Plaintiff objects to the Magistrate Judge's recommendation that Plaintiff's claims against Defendant Lawson be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim for relief.* Review of the arguments set out in Plaintiff's objection, the attached documents, and the allegations set out in Plaintiff's Complaint, demonstrates no error in the analysis of the Magistrate Judge. As Judge Roberts correctly noted, the allegations set forth in Plaintiff's Complaint fail to state a claim for relief pursuant to 42 U.S.C. § 1983 against Defendant Lawson.

---

* Plaintiff raises no objection to the other recommendations set out in the Report and Recommendation.

Accordingly, the Court ADOPTS in full the Report and Recommendation (Dkt. No. 81) of Magistrate Judge Roberts. Plaintiff's Objection (Dkt. No. 85) is OVERRULED. The Motion to Quash Service of Process on the Oklahoma Attorney General (Dkt. No. 31) is GRANTED. The Motion to Dismiss District Nine Drug Task Force (Dkt. No. 34) is MOOT based on Plaintiff's voluntary dismissal of this Defendant. Plaintiff's Request for Entry of Default Pursuant to Fed. R. Civ. P. 55(a) (Dkt. No. 36) is DENIED. Plaintiff's claim against Defendant Lawson is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim for relief.

IT IS SO ORDERED this 22nd day of March, 2006.

ROBIN J. CAUTHRON
United States District Judge