IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MILTON VERAN WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case Number CIV-05-777-C |
| ) | |
| DISTRICT NINE TASK FORCE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

On September 1, 2006, Magistrate Judge Bana Roberts entered a Report and Recommendation ("R&R") addressing the Motions to Dismiss of Defendants Higgins, Buchanan, Bruning, Brown and Hudson. In the R&R, Judge Roberts recommended dismissal of Count Two as to Defendants Buchanan, Bruning, Brown, Higgins and Hudson as time barred; that Count One as to Defendant Hudson be dismissed for failure to allege personal participation; that Count Three as to Defendants Buchanan, Bruning, Brown and Higgins be dismissed pursuant to 28 U.S.C. § 1915A, 1915(e)(2)(b)(ii), for failure to allege personal participation; that Count Three as to Defendant Hudson be dismissed based on absolute prosecutorial immunity; and that all state law claims against all Defendants be dismissed as time-barred. Judge Roberts also recommended denial of certain other pending motions either based on mootness or lack of merit.

Plaintiff was advised of his right to object on or before September 21, 2006. That date has passed with no objection filed by Plaintiff.* Accordingly, the Court adopts in its entirety the thorough and well-reasoned Report and Recommendation (Dkt. No. 112) of the Magistrate Judge. This matter is re-referred to Magistrate Judge Roberts for further proceedings consistent with the July 13, 2005 Order of Referral.

IT IS SO ORDERED this 29th day of September, 2006.

*signature*

ROBIN J. CAUTHRON
United States District Judge

---

* Indeed, Plaintiff has filed a Motion for Appointment of Counsel (Dkt. No. 114) wherein he notes he "concurred 100%" to the R&R.